

**HON. SYLVIA O. HINDS RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Andrea O'Connor
Labor & Employment Law Division
(212) 356-4015
aoconnor@law.nyc.gov

February 9, 2023

**VIA ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Greco v. City of New York, et al.
               Docket No. 22 Civ. 5109 (FB)(RLM)

Dear Judge Block:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, Keechant L. Sewell, Ernest F. Hart, Daniel Cutter and Jeremy Orenstein in the above-captioned matter. I write pursuant to the Court's January 24, 2023 Order that defendants provide the Court with the agreed-upon briefing schedule in connection with defendants' anticipated motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Amended Complaint in its entirety.

      Counsel for the parties have agreed to the following briefing schedule: defendants' moving papers to be served on plaintiff by March 31, 2023; plaintiff's opposition to be served on defendants' by April 28, 2023; defendants' reply to be served by May 19, 2023; and defendants to file the fully briefed motion via ECF by May 19, 2023. Defendants thank the Court for its attention to this matter.

      Sincerely,

      */s/ Andrea O'Connor*

      Andrea O'Connor
      Assistant Corporation Counsel

cc: Plaintiff's Counsel (via ECF)