

**HON. SYLVIA O. HINDS RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Andrea O'Connor
Labor & Employment Law Division
(212) 356-4015
aoconnor@law.nyc.gov

March 24, 2023

**VIA ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Greco v. City of New York, et al.
                Docket No. 22 Civ. 5109 (FB)(VMS)

Dear Judge Block:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, Keechant L. Sewell, Ernest F. Hart, Daniel Cutter and Jeremy Orenstein in the above-captioned matter. I write today pursuant to the Court's March 23, 2023 Order that the parties provide the Court with the agreed-upon briefing schedule in connection with defendants' anticipated motion to dismiss the Second Amended Complaint.

      The agreed-upon briefing schedule is as follows: defendants' moving papers to be served on plaintiff by April 21, 2023; plaintiff's opposition to be served on defendants' by May 19, 2023; defendants' reply to be served by May June 9, 2023; and defendants to file the fully briefed motion via ECF by June 9, 2023.

      Defendants thank the Court for its attention to this request.

      Sincerely,

      Andrea O'Connor
      Assistant Corporation Counsel

cc: Plaintiff's Counsel (via ECF)