

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS RADIX** <br> *Corporation Counsel* | **LAW DEPARTMENT** <br> 100 CHURCH STREET <br> NEW YORK, NY 10007 | **Andrea O'Connor** <br> Labor & Employment Law Division <br> (212) 356-4015 <br> aoconnor@law.nyc.gov |

March 24, 2023

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:     <u>Greco v. City of New York, et al.</u>
                        Docket No. 22 Civ. 5109 (FB)(VMS)

Dear Judge Scanlon:

       I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned matter. I write today, with plaintiff's consent, to respectfully request that the stay of discovery previously in place be reinstituted given defendants' anticipated motion to dismiss the Second Amended Complaint.

       On January 24, 2023, the parties appeared for a pre-motion conference in connection with Defendants' anticipated motion to dismiss the Complaint. At that conference, Judge Block directed the parties to submit a briefing schedule in connection with the motion, which they did on February 9, 2023. *See* Dkt. Nos. 16; 17. In light of the anticipated motion to dismiss, Your Honor stayed discovery. *See* Dkt. Entry on Feb. 27, 2023. On March 4, 2023, plaintiff moved to file a Second Amended Complaint ("SAC"), which was granted, and plaintiff filed the SAC on March 6, 2023. *See* Dkt. Nos. 19; 20. Also on March 6, 2023, Your Honor issued an order deeming the proposed motion to dismiss moot and directing the parties to appear at a scheduling conference. *See* Dkt. No. 21.

       On March 23, 2023, Judge Block granted defendants' request to proceed with filing a motion to dismiss the SAC and directed the parties to submit a briefing schedule, which they did today. *See* Electronic Order entered 3/23/23; Dkt. No. 23. As such, the parties respectfully request that the Court reinstitute the stay of discovery pending the resolution of defendants' motion to dismiss the SAC. The parties thank the Court for its attention to this request.

                                                                        Sincerely,

                                                                       Andrea O'Connor
                                                                       Assistant Corporation Counsel

cc: Plaintiff's Counsel (via ECF)