

**HON. SYLVIA O. HINDS RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Andrea O'Connor
Labor & Employment Law Division
(212) 356-4015
aoconnor@law.nyc.gov

April 20, 2023

**VIA FIRST CLASS MAIL AND EMAIL**
Eric Sanders
The Sanders Firm, P.C.
30 Wall Street, 8th Floor
New York, New York 10005

         Re:    Greco v. City of New York, et al.
                Docket No. 22 Civ. 5109 (FB)(VMS)

Dear Mr. Sanders:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned matter. Enclosed for service please find: (1) Defendants' Notice of Motion to Dismiss the Second Amended Complaint, dated April 20, 2023; (2) the Declaration of Andrea O'Connor in Support of Defendants' Motion to Dismiss the Second Amended Complaint, dated April 20, 2023, with accompanying exhibits; and (3) Defendants' Memorandum of Law in Support of their Motion to Dismiss the Second Amended Complaint.

      As per the Court's Individual Rules a copy of this letter will be filed via ECF.

      Sincerely,

      Andrea O'Connor
      Assistant Corporation Counsel

Enclosures

cc:    Honorable Frederic Block (via ECF without enclosures)
      United States District Judge
      Eastern District of New York
      225 Cadman Plaza East
      Brooklyn, New York 11201