

30 Wall Street, 8th Floor
New York, NY 10005

212-652-2782
212-652-2783

April 24, 2023

Andrea O-Connor
Assistant Corporation Counsel
Office of the Corporation Counsel, City of New York
100 Church Street
New York, N.Y. 10007

Re: <u>Greco v. City of New York, et al.</u>, 22 cv 5109

Dear Counsel:

  We represent the plaintiff in the above referenced matter. The following electronic files were served via email in response to Defendants' THE CITY OF NEW YORK; KEECHANT L. SEWELL; ERNEST F. HART; DANIEL S. CUTTER and JEREMY D. ORENSTEIN Rule 12 Motion to Dismiss: Exhibit 1 Decision and Order in R.C., A.G. and J.J., et al. v. The City of New York, et al., in the Supreme Court of the County of New York Index No.: 153739/2018, Honorable Alexander M. Tisch, Exhibit 2 Mayor Eric L. Adams in a public release affirmed that the former Chief of Training Juanita Holmes invited Cardi B as a result of her teen advocacy, Exhibit 3 New York Daily News, Holmes irked Sewell with her invite to Cardi B to a "Girl's Talk" event at the NYPD Police Academy on February 24, 2023 and Memorandum of Law in Opposition to Defendants' Rule 12 Motion to Dismiss.

  As per the Court's Individual Rules a copy of this letter will be filed via ECF.

Respectfully submitted,

Eric Sanders (ES0224)