**EXHIBIT 3**

4/21/23, 6:45 PM  NYPD training chief Juanita Holmes irked NYC top cop Keechant Sewell in Cardi B, training flaps — still lands new city job – New …

Case 1:22-cv-05109-EB-VMS   Document 32-3   Filed 06/08/23   Page 2 of 11 PageID #: 249

ADVERTISEMENT

2023 YANKEES INDIVIDUAL — BUY TICKETS — YANKEES.COM

DAILY NEWS

SUBSCRIBE
3 months for only 99¢

LOG IN


Jim Jordan and the grand jury: Trump errand boy can't open Manhattan District…


Cops arrest Brooklyn man for killing younger brother and concealing still-missing…


On trip to Washington, Mayor Adams blames migrant crisis for holding…

Video cap with knee street scu

NYC CRIME

# NYPD training chief Juanita Holmes irked NYC top cop Keechant Sewell in Cardi B, training flaps — still lands new city job

By **Thomas Tracy** and **Rocco Parascandola**
New York Daily News and Police Bureau Chief • Mar 09, 2023 at 4:11 pm





TODAY'S TOP VIDEOS

Up Next - Top Videos: - Pimco's Schneider Expects a Modest Recession

StamfordFord.com

Privacy - Terms

Case 1:22-cv-05109-FB-VMS   Document 32-3   Filed 06/08/23   Page 3 of 11 PageID #: 250



Listen to this article

Twice, NYPD Chief of Training Juanita Holmes ran afoul of her boss, Police Commissioner Keechant Sewell — and that was enough to end her 36-year NYPD career, police sources said Thursday.

Holmes got in trouble by inviting rapper Cardi B to a police event and by going over Sewell's head by getting Mayor Adams' backing for a change to the department's physical training requirements, said the sources.



Russian jet accidentally fires on Russian city Belgorod near Ukraine border

But Holmes seems to have landed on her feet — Adams has named her to be commissioner of the city's Probation Department.

Adams described Holmes as a "dynamic leader who understands the importance of both safety and justice."

"Her vision to enhance the [probation] department's focus on upstream solutions to aid people leaving the criminal justice system and combat recidivism are critical to our mission to keep New York the safest big city in America," he said in a statement.

Case 1:22-cv-05109-FB-VMS   Document 32-3   Filed 06/08/23   Page 4 of 11 PageID #: 251



Chief of Training Juanita Holmes (Barry Williams/for New York Daily News)

Holmes irked Sewell with her invite to Cardi B to a "Girl's Talk" event at the NYPD academy on Feb. 24 where the hip hop star talked and danced with young girls as part of her court-ordered community service for her role in a Queens strip club assault in 2018.

Case 1:22-cv-05109-EB-VMS   Document 32-3   Filed 06/08/23   Page 5 of 11 PageID #: 252



Russian jet accidentally fires on Russian city Belgorod near Ukraine border

The invite, made without Sewell's knowledge, forced academy supervisors to scramble by shuffling 400 recruits to different classrooms for an important academic test that was to be held in the auditorium where Cardi B appeared.

Sources said Sewell fumed over the incident in the belief it showed Holmes wasn't focused on her job's core mission and gave the impression the NYPD had no issue with the rapper's bawdy lyrics, rough-around-the-edges persona and her run-ins with the law.

The final straw, sources said, was the revelation Holmes lobbied to eliminate for recruits a requirement they be able to complete a 1½-mile run in 14 minutes and 21 seconds. Sewell shot the idea down because she viewed it as lowering the standards to become a police officer, sources said.

But Holmes, who believed the running requirement was unnecessary and an obstacle for many female recruits, did an end-run around Sewell and used connections at City Hall to persuade Mayor Adams to agree with her, sources said.

4/21/23, 6:45 PM NYPD training chief Juanita Holmes irked NYC top cop Keechant Sewell in Cardi B, training flaps — still lands new city job – New …

Case 1:22-cv-05109-FB-VMS Document 32-3 Filed 06/08/23 Page 6 of 11 PageID #: 253



NYPD Commissioner Keechant Sewell (Barry Williams/for New York Daily News)

The elimination of the run meant 42 recruits who didn't graduate because they failed the test were allowed back on the job.

Eliminating the run, one police source said, "was a terrible look."



**The Daily News Flash**
Weekdays

Catch up on the day's top five stories every weekday afternoon.

By submitting your email to receive this newsletter, you agree to our **Subscriber Terms & Conditions** and **Privacy Policy**.

ENTER YOUR EMAIL ADDRESS 

"The police commissioner continues to set the bar high for what it takes to be a cop," the source said. "She's the last one looking to lower the standards. But we have a three-star chief who feels differently and is getting her way over the police commissioner."

It wasn't clear Thursday who would replace Holmes at the NYPD. Nor was it clear why she was given another job, as opposed to being encouraged to retire, as often happens when moves are made at the upper levels of the police department.

Holmes joined the department in July 1987. She hails from a family of cops and other law enforcement members, most of them women.



Cardi B (MICHAEL TRAN/AFP via Getty Images)

She retired from the force in 2018 as the first Black woman to run a borough command for a job in the bank industry, but returned a year later. Last year, she threw her hat in the ring to be the first female police commissioner.

Even though Holmes ended up with a new city position, she erred by crossing Sewell, said the police source.

"This is a hierarchal organization," the source said. "You cannot have that."

**With Michael Gartland**



Taboola Feed

**Win A Free Pair Of GG Optix Sunglasses | GG Optix™**
GG Optix | Sponsored

Learn More

**Job Seeker Jobs · Gotham Enterprises Ltd**
Gotham Enterprises Ltd | Sponsored

**Find The Best Results For Cell Phone Company Seniors Discount Now!**
Yahoo Search | Sponsored

Learn More

### People are Falling Asleep and Staying Asleep with Deep Zzzs
Time To Slumber | Sponsored

[Learn More]

### Find The Best Results For Italy Cruises Now!
Yahoo Search | Sponsored

[Learn More]

### Host Pickup
hostpickup.com | Sponsored

[Read More]

### Research Mississippi River Cruises
Yahoo! Search | Sponsored

[Learn More]

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

Case 1:22-cv-05109-EB-VMS Document 32-3 Filed 06/08/23 Page 9 of 11 PageID #: 256



## LATEST

**YANKEES**

After losing shortstop battle, Oswald Peraza making most of chances at new positions

32m



4/21/23, 6:46 PM
Case 1:22-cv-05109-FB-VMS   Document 32-3   Filed 06/08/23   Page 10 of 11 PageID #: 257
NYPD training chief Juanita Holmes irked NYC top cop Keechant Sewell in Cardi B, training flaps — still lands new city job – New …

SNYDE

Dick Van Dyke, 97, to make soap opera debut on 'Days of Our Lives'

32m



SNYDE

Alec Baldwin's criminal acquittal won't impact civil suit, says Gloria Allred

42m



ADVERTISEMENT

PROMOTED STORIES

Sponsored Links by Taboola

**Search For Affordable Full Mouth Dental Implants**
Yahoo Search

Learn More

**Find The Best Results For Make Resume Now!**
Make Resume | Search Ads

Learn More

**Find The Best Results For Workflow Management System Now!**
Workflow Management System | Search Ads

Learn More

**All In One $25 Digital Business**
24sevenincomepros.com

4/21/23, 6:45 PM
NYPD training chief Juanita Holmes irked NYC top cop Keechant Sewell in Cardi B, training flaps — still lands new city job – New …
Case 1:22-cv-05109-FB-VMS Document 32-3 Filed 06/08/23 Page 11 of 11 PageID #: 258

ADVERTISEMENT

CONNECT

| | | COMPANY INFO | |
|---|---|---|---|
| | The Baltimore Sun | Careers | Contact Us |
| | Sun Sentinel of Fla. | Help Center | Site Map |
| The Morning Call of Pa. | Hartford Courant | Manage Web Notifications | Subscriber Services |
| Daily Press of Va. | The Virginian-Pilot | Place an Ad | Contests |
| Studio 1847 | | Media Kit | Special Sections |
| | | Privacy Policy | Daily News archives |
| | | Terms of Service | About Us |
| | | Site Map | California Notice at Collection |
| | | Do Not Sell/Share My Personal Information | Notice of Financial Incentive |
| | | Cookie Policy | |
| | | Cookie Preferences | |

Copyright © 2023, New York Daily News

SUBSCRIBE NOW
Get full access