UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SALVATORE J. GRECO

                                                                         **NOTICE OF APPEARANCE**

                                    Plaintiff,     22 Civ. 5109 (FB)(VMS)

- against –

THE CITY OF NEW YORK, et al.

                                                   Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Sylvia Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendants in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:       New York, New York
                July 19, 2023

                                              **SYLVIA HINDS-RADIX**
                                              Corporation Counsel of the
                                                City of New York
                                              Attorney for Defendants
                                              100 Church Street, Room 2-101
                                              New York, New York 10007-2601
                                              (212) 356-2472
                                              mleighto@law.nyc.gov

                                By:          /s
                                          Maxwell D. Leighton
                                          Assistant Corporation Counsel

cc:     Eric Sanders (Via ECF)