

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KIMBERLY K. BROWN**
*Senior Counsel*
Labor & Employment Law Division
phone: 212-356-2457
kibrown@law.nyc.gov
*Email not for service*

September 20, 2023

**BY ECF**
Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  <u>Greco v. City of New York, et al.</u>
            22-CV-5109(FB) (VMS)

Dear Judge Scanlon:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for defendants in the above-referenced action. I write, with the consent of plaintiff, to respectfully request a thirty (30) day extension of the time to respond to the Second Amended Complaint from September 22, 2023 to October 22, 2023. This is the City's second request for an adjournment and the requested extension is necessary because I will need sufficient time to investigate the highly fact specific nature of the allegations within the Second Amended Complaint.

      I thank the Court for consideration of this request.

                                                Respectfully submitted,

                                                ECF /s/ Kimberly K. Brown
                                                Assistant Corporation Counsel

cc:      All counsel (via ECF)