UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

SALVATORE J. GRECO,

                                              Plaintiffs,

- against -

THE CITY OF NEW YORK; KEECHANT L. SEWELL, as Police Commissioner, Police Department City of New York; ERNEST F. HART, as Deputy Commissioner Legal Matters, Police Department City of New York; DANIEL S. CUTTER, as Commanding Officer, Internal Affairs Bureau Group No.: 25 and JEREMY D. ORENSTEIN, as Sergeant, Internal Affairs Bureau Group No.: 25, each sued individually and in their official capacities as employees of The City of New York,.,

                                              Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

22-CV-5109 (FB) (VMS)

**PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, acting Corporation Counsel of the City of New York, admitted to practice in this Court, and assigned to represent Keechant L. Sewell, Ernest F. Hart, Daniel S. Cutter, and Jeremy D. Orenstein in the above captioned matter.[1] Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below, and that my name be inserted as Lead Counsel on the Docket Sheet.

---

[1] The City of New York is dismissed as a defendant in this matter. *See* ECF Doc. 36.

Dated: New York, New York
June 12, 2024

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York
Attorney for City Defendants
100 Church Street, Room 2-124
New York, New York 10007
(212) 356-3580
earbizo@law.nyc.gov

By: /s/
Eric Arbizo
Assistant Corporation Counsel

Cc: Eric Sanders (via ECF)
Attorney for the Plaintiff