

**THE SANDERS FIRM, PC**

30 Wall Street, 8th Floor
New York, NY 10005

☎ 212-652-2782
☎ 212-652-2783

March 31, 2025

Honorable Lara K. Eshkenazi
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: <u>Greco v. City of New York, et al., 22 cv 5109</u>

Dear Magistrate Eshkenazi:

I respectfully submit this letter on behalf of the parties to provide the Court with the status of the remaining discovery.

Recently, the New York City Law Department contacted me and we agreed to the following deposition dates:

- April 21, 2025 Plaintiff Salvatore J. Greco        1000 Hours    Virtual
- April 23, 2025 Defendant Jeremy D. Orenstein    1000 Hours    Virtual
- April 30, 2025 Defendant Daniel J. Cutter          1000 Hours    Virtual
- Undetermined Defendant Keechant L. Sewell
- Undetermined Defendant Ernest F. Hart

I know things are moving slower than the parties anticipated, but I assume this is due to the personnel changes and case management challenges with the New York City Law Department. Hopefully, I will receive deposition dates for Defendants' Sewell and Hart and we can wrap things up before the end of April 2025.

Thank you for your understanding and patience.

Respectfully submitted,

Eric Sanders

ES/es